Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@skrlawyers.com
Christopher D. Kircher, Esq., Bar No. 11176
Email: cdk@skrlawyers.com
Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Ste. 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

ROBERT L. WALLAN (CA SBN #126480) (*pro hac vice* motion to be filed)
RYAN J. VANDERFORD (CA SBN #307873) (*pro hac vice* motion to be filed)
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: 213.488.7100
Facsimile: 213.629.1033
Emails: robert.wallan@pillsburylaw.com
         ryan.vanderford@pillsburylaw.com

*Attorneys for Defendants CLIFFORD J. FINDLAY and DONNA SUE FINDLAY, individually and as Trustees, CLIFF FINDLAY AND DONNA S. FINDLAY FAMILY TRUST, DATED FEBRUARY 20, 1986; FINDLAY MANAGEMENT GROUP; FINDLAY-NOLTE AUTOMOTIVE, LLC; CLIFF FINDLAY AUTOMOTIVE, LLC; FINDLAY AUTO HOLDINGS, LLC; CLIFF FINDLAY AUTO CENTER; and TYLER CORDER*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMTRUST INTERNATIONAL UNDERWRITERS, LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>CLIFFORD J. FINDLAY and DONNA SUE FINDLAY, individually and as Trustees, CLIFF FINDLAY AND DONNA S. FINDLAY FAMILY TRUST, DATED FEBRUARY 20, 1986; FINDLAY MANAGEMENT GROUP; FINDLAY-NOLTE AUTOMOTIVE, LLC; CLIFF FINDLAY | Case No. 2:18-cv-00652-JCM-VCF<br><br>**JOINT MOTION FOR AN EXTENSION TO RESPOND TO COMPLAINT**<br>**(FIRST REQUEST)** |

1

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

AUTOMOTIVE, LLC; FINDLAY AUTO HOLDINGS, LLC; CLIFF FINDLAY AUTO CENTER; TYLER CORDER; and WINDMILL FARMS, INC.,

Defendants.

Defendants CLIFFORD J. FINDLAY, DONNA SUE FINDLAY, CLIFF FINDLAY AND DONNA S. FINDLAY FAMILY TRUST, DATED FEBRUARY 20, 1986; FINDLAY MANAGEMENT GROUP; FINDLAY-NOLTE AUTOMOTIVE, LLC; CLIFF FINDLAY AUTOMOTIVE, LLC; FINDLAY AUTO HOLDINGS, LLC; CLIFF FINDLAY AUTO CENTER; and TYLER CORDER (collectively, "Defendants"), and Plaintiff AMTRUST INTERNATIONAL UNDERWRITERS, LIMITED ("Plaintiff" or "Amtrust"), by and through the undersigned counsel and pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Rules 6-1 and 6-2, hereby stipulate to a thirty-day ("30") extension until Wednesday, July 25, 2018, for Defendants to respond to Plaintiff's First Amended Complaint for Declaratory Judgment (Dkt. No. 4). This is the first stipulation for an extension of time to respond to Plaintiff's Amended Complaint. In support of this Stipulation, the Parties hereby state the following:

1. On April 11, 2018, Plaintiff filed a Complaint (Dkt. No. 1) against Defendants and Defendant Windmill Farms, Inc.

2. On April 20, 2018, Plaintiff filed an Amended Complaint (Dkt. No. 4) against Defendants and Defendant Windmill Farms, Inc.

3. On April 27, 2018, Plaintiff sent service of summons waivers to the Defendants, which were executed and returned by the Defendants. As such, Defendants' response to Plaintiff's Amended Complaint is due on June 26, 2018.

4. Before Defendants' time to respond to Plaintiff's Amended Complaint expired, the Parties agreed to extend Defendants' time to respond to Plaintiff's Amended Complaint by thirty ("30") days to July 25, 2018.

5. The Parties, through their undersigned counsel, consented to this extension of time

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

for Defendants to respond to Plaintiff's Amended Complaint.

DATED this 26th day of June 2018.

Respectfully submitted,

| SEMENZA KIRCHER RICKARD | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
|---|---|
| By: */s/ Christopher D. Kircher*<br>Christopher D. Kircher | By: */s/ Sheri Thome*<br>Sheri Thome |
| and | and |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | RUBERRY, STALMACK & GARVEY, LLC<br>Edward F. Ruberry |
| Robert L. Wallan<br>Ryan J. Vanderford | Rostyslaw J. Smyk<br>Dennis B. Condon |
| *Attorneys for Defendants CLIFFORD J. FINDLAY and DONNA SUE FINDLAY, individually and as Trustees, CLIFF FINDLAY AND DONNA S. FINDLAY FAMILY TRUST, DATED FEBRUARY 20, 1986; FINDLAY MANAGEMENT GROUP; FINDLAY-NOLTE AUTOMOTIVE, LLC; CLIFF FINDLAY AUTOMOTIVE, LLC; FINDLAY AUTO HOLDINGS, LLC; CLIFF FINDLAY AUTO CENTER; and TYLER CORDER* | *Attorneys for Plaintiff AMTRUST INTERNATIONAL UNDERWRITERS, LIMITED* |

IT IS SO ORDERED:

_____
Cam Ferenbach
United States Magistrate Judge

Dated: 6-27-2018

3