PAUL C. RAY, ESQ.
Nevada Bar No. 4365
PAUL C. RAY, CHTD.
8670 West Cheyenne Avenue, Suite 130
Las Vegas, NV 89129
Telephone: (702) 823-2292
Facsimile: (702) 823-2384
Email: paulcraylaw@gmail.com

Attorneys for Windmill Farms, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMTRUST INTERNATIONAL UNDERWRITES, DAC, f/k/a AMTRUST INTERNATIONAL UNDERWRITERS, LIMITED,<br><br>                    Plaintiff,<br><br>vs.<br><br>CLIFFORD J. FINDLAY and DONNA SUE FINDLAY, individually and as Trustees, CLIFF FINDLAY AND DONNA S. FINDLAY FAMILY TRUST, DATED FEBRUARY 20, 1986; FINDLAY MANAGEMENT GROUP; FINDLAY-NOLTE AUTOMOTIVE, LLC; CLIFF FINDLAY AUTOMOTIVE, LLC; FINDLAY AUTO HOLDINGS, LLC; CLIFF FINDLAY AUTO CENTER; TYLER CORDER; AND WINDMILL FARMS, INC.,<br><br>                    Defendant. | Case No. 2:18-cv-00652-JCM-VCF<br><br>**JOINT MOTION TO EXTEND TIME FOR DEFENDANT WINDMILL FARMS, INC. TO ANSWER COMPLAINT**<br><br>**(FIRST REQUEST)** |

      Amtrust International Underwrites, Limited and Windmill Farms, Inc.by and through their undersigned respective counsels of record, file this JOINT MOTION TO EXTEND TIME FOR DEFENDANT WINDMILL FARMS, INC. TO ANSWER COMPLAINT (FIRST REQUEST) pursuant to Local Rule 6-1.

      Windmill Farms, Inc.'s Answer to the Complaint is presently scheduled to be due June 26, 2018.  To allow the parties to determine which, if any parties pertaining to the underlying state court case will remain in this case, the parties stipulate to allow Windmill farms, Inc. and

additional 14 days to file its answer or to otherwise plead in response to the complaint.  This is
the first request for extension of time.

DATED this 25th day of June, 2018.

PAUL C. RAY, CHTD.

BY: */s/ Paul C. Ray*
PAUL C. RAY, ESQ., NV Bar No. 4365
8670 W. Cheyenne Avenue, Suite 130
Las Vegas, NV 89129
Telephone: 702.823.2292
Facsimile: 702.823.2384
Email: paulcraylaw@gmail.com


*Attorneys for Windmill Farms, Inc.*

DATED this 25th day of June, 2018.

**WILSON. ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

BY: */s/ Sheri Thome*
Sheri Thome, Esq.
Nevada Bar No. 08657
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
Telephone: 702.727-1400

and

**RUBERRY, STALMACK & GARVEY, LLC**
Edward F. Ruberry, Esq.
Illinois Bar No. 2411547
Rostylaw J. Smyk, Esq.
Illinois Bar No. 6255495
Dennis B. Condon, Esq.
Illinois Bar No. 6206691
10 South LaSalle Street, Suite 1800
Chicago, Illinois, 60603
Tel: (312)466-8050  Fax: (312)466-8055
ed.ruberry@ruberry-law,com
ross.smyk@ruberry-law.com
dennis.condon@ruberry-law.com

*Attorneys for Plaintiff, Amtrust International Underwrites, Limited*

## ORDER

IT IS HEREBY ORDERED that Defendant Windmill Farms, Inc.'s Answer and/or Response to the Complaint must be filed on or before July 14, 2018.

UNITED STATES MAGISTRATE JUDGE

DATED: June 28 , 2018.

# CERTIFICATE OF SERVICE

Pursuant to Fed R. Civ. P. 5(b), I certify that on the 25th day of June 2018, the foregoing

Stipulation to Extend Time for Defendant Windmill Farms, Inc. To Answer Complaint was

submitted electronically for filing and service with the United States District Court of

Nevada using the ECF system for notification of such filing to all the proper parties.


/s/ Paul C. Ray

_____

Paul C. Ray, Esq.