PAUL C. RAY, ESQ.
Nevada Bar No. 4365
PAUL C. RAY, CHTD.
8670 West Cheyenne Avenue, Suite 130
Las Vegas, NV 89129
Telephone: (702) 823-2292
Facsimile: (702) 823-2384
Email: paulcraylaw@gmail.com

Attorneys for Windmill Farms, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMTRUST INTERNATIONAL UNDERWRITES, DAC, f/k/a AMTRUST INTERNATIONAL UNDERWRITERS, LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>CLIFFORD J. FINDLAY and DONNA SUE FINDLAY, individually and as Trustees, CLIFF FINDLAY AND DONNA S. FINDLAY FAMILY TRUST, DATED FEBRUARY 20, 1986; FINDLAY MANAGEMENT GROUP; FINDLAY-NOLTE AUTOMOTIVE, LLC; CLIFF FINDLAY AUTOMOTIVE, LLC; FINDLAY AUTO HOLDINGS, LLC; CLIFF FINDLAY AUTO CENTER; TYLER CORDER; AND WINDMILL FARMS, INC.,<br><br>Defendant. | Case No. 2:18-cv-00652-JCM-VCF<br><br>**JOINT MOTION TO EXTEND TIME FOR DEFENDANT WINDMILL FARMS, INC. TO ANSWER COMPLAINT**<br><br>**(SECOND REQUEST)** |

Amtrust International Underwrites, Limited and Windmill Farms, Inc. by and through their undersigned respective counsels of record, file this JOINT MOTION TO EXTEND TIME FOR DEFENDANT WINDMILL FARMS, INC. TO ANSWER COMPLAINT (SECOND REQUEST) pursuant to Local Rule 6-1.

Windmill Farms, Inc.'s Answer and/or Response to the Complaint is presently scheduled to be due July 14, 2018 by the Court's June 28, 2018 order at (22). The underlying state court case, Case No. A-16-735002-B, in the Eighth Judicial District Court, Clark County, Nevada, is

scheduled for decision by the Honorable Nancy L. Allf upon submitted Findings of Fact, Conclusions of Law and objections thereto on July 24, 2018 and for entry of judgment the following week.

To allow the parties to determine which, if any parties pertaining to the underlying state court case will remain in this case, the parties jointly move to allow Windmill farms, Inc. and additional 30 days to file its answer or to otherwise plead in response to the complaint. This is the second request for extension of time.

DATED this 10th day of July, 2018.

PAUL C. RAY, CHTD.

BY: /s/ Paul C. Ray
PAUL C. RAY, ESQ., NV Bar No. 4365
8670 W. Cheyenne Avenue, Suite 130
Las Vegas, NV 89129
Telephone: 702.823.2292
Facsimile: 702.823.2384
Email: paulcraylaw@gmail.com

*Attorneys for Windmill Farms, Inc.*

DATED this 10th day of July, 2018.

**WILSON. ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

BY: /s/ Sheri Thome
Sheri Thome, Esq.
Nevada Bar No. 08657
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
Telephone: 702.727-1400

and

**RUBERRY, STALMACK & GARVEY, LLC**
Edward F. Ruberry, Esq.
Illinois Bar No. 2411547
Rostylaw J. Smyk, Esq.
Illinois Bar No. 6255495
Dennis B. Condon, Esq.
Illinois Bar No. 6206691
10 South LaSalle Street, Suite 1800
Chicago, Illinois, 60603
Tel: (312)466-8050  Fax: (312)466-8055
ed.ruberry@ruberry-law,com
ross.smyk@ruberry-law.com
dennis.condon@ruberry-law.com

*Attorneys for Plaintiff, Amtrust International Underwriters, Limited*

# ORDER

IT IS HEREBY ORDERED that Defendant Windmill Farms, Inc.'s Answer and/or Response to the Complaint must be filed on or before August 13, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 10, 2018.

# CERTIFICATE OF SERVICE

Pursuant to Fed R. Civ. P. 5(b), I certify that on the 10th day of July 2018, the foregoing Joint Motion to Extend Time for Defendant Windmill Farms, Inc. To Answer Complaint was submitted electronically for filing and service with the United States District Court of Nevada using the ECF system for notification of such filing to all the proper parties.

/s/ Paul C. Ray
_____
Paul C. Ray, Esq.