# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| AMTRUST INTERNATIONAL UNDERWRITERS, | |
| Plaintiff, | 2:18-cv-00652-JCM-VCF |
| vs. | **ORDER** |
| CLIFFORD J. FINDLAY and DONNA SUE FINDLAY, *et al.*, | |
| Defendants. | |

Before the court is the Stipulated Discovery Plan and Scheduling Order (ECF No. 45).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Stipulated Discovery Plan and Scheduling Order (ECF No. 45) is scheduled for 10:00 AM, September 24, 2018, in Courtroom 3D.

DATED this 11th day of September, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE