Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@skrlawyers.com
Christopher D. Kircher, Esq., Bar No. 11176
Email: cdk@skrlawyers.com
Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Ste. 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

ROBERT L. WALLAN (CA SBN #126480) (*pro hac vice* admitted)
RYAN J. VANDERFORD (CA SBN #307873) (*pro hac vice* admitted)
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: 213.488.7100
Facsimile: 213.629.1033
Emails: robert.wallan@pillsburylaw.com
       ryan.vanderford@pillsburylaw.com

*Attorneys for Defendants CLIFFORD J. FINDLAY and DONNA SUE FINDLAY, individually and as Trustees, CLIFF FINDLAY AND DONNA S. FINDLAY FAMILY TRUST, DATED FEBRUARY 20, 1986; FINDLAY MANAGEMENT GROUP; FINDLAY-NOLTE AUTOMOTIVE, LLC; CLIFF FINDLAY AUTOMOTIVE, LLC; FINDLAY AUTO HOLDINGS, LLC; CLIFF FINDLAY AUTO CENTER; and TYLER CORDER*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMTRUST INTERNATIONAL UNDERWRITERS, LIMITED,<br><br>               Plaintiff,<br><br>v.<br><br>CLIFFORD J. FINDLAY and DONNA SUE FINDLAY, individually and as Trustees, CLIFF FINDLAY AND DONNA S. FINDLAY FAMILY TRUST, DATED FEBRUARY 20, 1986; FINDLAY MANAGEMENT GROUP; FINDLAY-NOLTE AUTOMOTIVE, LLC; | Case No. 2:18-cv-00652-JCM-VCF<br><br>**STIPULATION TO REQUEST THAT ROBERT L. WALLAN AND ROSTYSLAW J. SMYK APPEAR TELEPHONICALLY AT THE SEPTEMBER 24, 2018 HEARING REGARDING THE PROPOSED DISCOVERY PLAN/SCHEDULING ORDER (ECF NO. 47)** |

1

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

|   |   |
|---|---|
| CLIFF FINDLAY AUTOMOTIVE, LLC; FINDLAY AUTO HOLDINGS, LLC; CLIFF FINDLAY AUTO CENTER; TYLER CORDER; and WINDMILL FARMS, INC., | |
| Defendants. | |
| CLIFFORD J. FINDLAY and DONNA SUE FINDLAY, individually and as Trustees, CLIFF FINDLAY AND DONNA S. FINDLAY FAMILY TRUST, DATED FEBRUARY 20, 1986; FINDLAY MANAGEMENT GROUP; FINDLAY-NOLTE AUTOMOTIVE, LLC; CLIFF FINDLAY AUTOMOTIVE, LLC; FINDLAY AUTO HOLDINGS, LLC; CLIFF FINDLAY AUTO CENTER; and TYLER CORDER, | |
| Counterclaimants, vs. | |
| AMTRUST INTERNATIONAL UNDERWRITERS, LIMITED, | |
| Counter-Defendant. | |

Robert L. Wallan, Esq., counsel of record for Defendants/Counterclaimants Clifford J. Findlay, Donna Sue Findlay, Cliff Findlay and Donna S. Findlay Family Trust, Dated February 20, 1986; Findlay Management Group; Findlay-Nolte Automotive, LLC; Cliff Findlay Automotive, LLC; Findlay Auto Holdings, LLC; Cliff Findlay Auto Center; and Tyler Corder (collectively, "Findlay Parties") and Rostyslaw J. Smyk, Esq., counsel of record for Plaintiff/Counter-defendant AmTrust International Underwriters, Limited ("AmTrust") hereby respectfully request to appear telephonically at the hearing regarding the Stipulated Discovery Plan and Scheduling Order (ECF No. 45) set for September 24, 2018, at 10:00 a.m. (ECF No. 47). Mr. Wallan's office is located in Los Angeles, California and Mr. Smyk's office is located in Chicago, Illinois.

Furthermore, Mr. Wallan and Mr. Smyk intend to argue on behalf of their respective clients. As such, the Parties further request that local counsel for the Findlay Parties and

2

AmTrust, Christopher D. Kircher, Esq. and Sherri Thome, Esq., respectively, may, but not be required to, appear at the September 24, 2018 hearing.

Respectfully submitted this 20th day of September 2018.

| | |
|---|---|
| SEMENZA KIRCHER RICKARD | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| By: */s/ Christopher D. Kircher*<br>    Christopher D. Kircher | By: */s/ Sheri Thome*<br>    Sheri Thome |
| and | and |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | RUBERRY, STALMACK & GARVEY, LLC |
| By: */s/ Robert L. Wallan*<br>    Robert L. Wallan<br>    Ryan J. Vanderford | By: */s/ Rostyslaw J. Smyk*<br>    Rostyslaw J. Smyk |
| *Attorneys for CLIFFORD J. FINDLAY and DONNA SUE FINDLAY, individually and as Trustees, CLIFF FINDLAY AND DONNA S. FINDLAY FAMILY TRUST, DATED FEBRUARY 20, 1986; FINDLAY MANAGEMENT GROUP; FINDLAY-NOLTE AUTOMOTIVE, LLC; CLIFF FINDLAY AUTOMOTIVE, LLC; FINDLAY AUTO HOLDINGS, LLC; CLIFF FINDLAY AUTO CENTER; and TYLER CORDER* | *Attorneys for AMTRUST INTERNATIONAL UNDERWRITERS, LIMITED* |

PAUL C. RAY, CHTD.

By:*/s/ Paul C. Ray*
    Paul C. Ray
    *Attorney for Windmill Farms, Inc.*

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

**IT IS SO ORDERED:**

_____
HON. CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

Dated: September 20, 2018